1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 RUSSELL E. BURNS, et al., as Trustees of the      Case No.: C13-03427 SI
   OPERATING ENGINEERS' HEALTH AND
11 WELFARE TRUST FUND, et al.                         **PLAINTIFFS' REQUEST FOR
                                                      CONTINUANCE OF CASE
12              Plaintiffs,                            MANAGEMENT CONFERENCE; and
                                                      [~~PROPOSED~~] ORDER THEREON**
13         v.
                                                      Date:   Friday, November 22, 2013
14 SPECIALIZED EXCAVATION SERVICES, a                 Time:   2:30 p.m.
   California corporation,                            Ctrm:   10, 19th Floor
15                                                            450 Golden Gate Avenue
                Defendant.                                    San Francisco, California
16                                                    Judge:  The Honorable Susan Illston

17

18         Plaintiffs respectfully request that the Case Management Conference currently scheduled

19 for November 22, 2013, at 2:30 p.m., be continued for approximately sixty (60) days, as follows:

20         1.      As the Court's records will reflect, this action was filed on July 24, 2013 to compel

21 Defendant to comply with the terms of its Collective Bargaining Agreement.

22         2.      Plaintiffs served the complaint, summons, and court documents on Defendant on

23 September 23, 2013 (Dkt. #10). Immediately thereafter, I was contacted by in house counsel for

24 Defendant, who requested an extension of time to respond to the Complaint. She advised that

25 Defendant had documents to show that the amount found due on audit was incorrect. I requested

26 that she provide them so that our auditors could review, and further advised that if there were any

27 revisions to the audit required, they would be done.

28         3.      Defendant submitted delinquent contribution reports to Plaintiffs, as well as the

                                                                                    -1-
                                                               REQUEST TO CONTINUE CMC
                                                                     Case No.: C13-03427 SI

1  documentation in support of their dispute of amounts found due to Plaintiffs pursuant to the audit

2  of their payroll records. I forwarded the documentation to Plaintiffs' auditors. The auditor

3  contacted me today requesting further information in support of the dispute. I in turn emailed

4  Defendant's counsel asking for clarification.

5       4.    If the documentation provided by Defendant supports Defendant's dispute,

6  Plaintiffs will bill Defendant for the revised amount due, if any. As Defendant is now current in

7  reports and contributions, as of right now the audit is the only remaining issues. If the

8  documentation does not alter the amount found due to Plaintiffs, Plaintiffs will again bill

9  Defendant for the original amount found due on audit.

10      5.    As the parties are attempting to resolve this matter before incurring further fees and

11  costs on both sides, there are no issues that need to be addressed by this Court at the currently

12  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

13  time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled

14  Case Management Conference for approximately sixty (60) days, in order to allow for sufficient

15  time for Plaintiffs' auditors to analyze the documentation provided by Defendant in support of

16  Defendant's dispute of amounts found due pursuant to audit.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

P:\CLIENTS\OE3CL\Specialized Excavation Service\Pleadings\Request to Continue CMC 111213.docx

6.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: November 12, 2013

**SALTZMAN & JOHNSON
LAW CORPORATION**

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____1/17/14_____, and all related deadlines are extended accordingly.

Date: _____11/12/13_____      _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

PROOF OF SERVICE

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **November 12, 2013**, I served the following document(s):

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT**

**CONFERENCE; and [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelopes were addressed and mailed as follows:

Specialized Excavation Services
c/o Kristine L. Mollenkopf
Mollenkopf Law Group
1862 South Broadway, Ste. 203
Santa Maria, CA 93454

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **November 12, 2013**, at San Francisco, California.

_____/S/_____
Alicia Rutkowski
Paralegal

-4-
**REQUEST TO CONTINUE CMC**
**Case No.: C13-03427 SI**